Matter of Attorneys in Violation of Judiciary Law § 468-a (Kenyon) (2025 NY Slip Op 07071)

Matter of Attorneys in Violation of Judiciary Law § 468-a (Kenyon)

2025 NY Slip Op 07071

Decided on December 18, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 18, 2025

PM-283-25
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Committee on Professional Standards, Now Known As Attorney Grievance Committee for the Third Judicial Department, Petitioner; Lori Christine Kenyon, Respondent. (Attorney Registration No. 2825271.)

Calendar Date:November 17, 2025

Before:Clark, J.P., Pritzker, Lynch, Powers and Corcoran, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Lori Christine Kenyon, Newport Beach, California, respondent pro se.

Motion by respondent for an order reinstating her to the practice of law following her suspension by January 2014 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1038 [3d Dept 2014]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to September 26, 2025, her supplemental affidavit sworn to October 8, 2025, the November 13, 2025 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, the supplemental affidavit sworn to November 14, 2025, and having determined, by clear and convincing evidence, that (1) respondent has satisfied the requirements of Rules of the Appellate Division, Third Department (22 NYCRR) § 806.16 (c) (5), (2) respondent has complied with the order of suspension and the rules of this Court, (3) respondent has the requisite character and fitness to practice law, and (4) it would be in the public interest to reinstate respondent to the practice of law (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effective immediately.
Clark, J.P., Pritzker, Lynch, Powers and Corcoran, JJ., concur.